## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNIE PENNIGAR,** *Plaintiff,* <br><br> **v.** <br><br> **HAROLD E. CRAIG et al.,** *Defendants.* | **Civil No. 26-1556** |

### ORDER

**AND NOW**, this 6th day of May, 2026, having considered Defendants' Motion to Transfer Venue to the United States District Court for the Middle District of Pennsylvania (ECF No. 2) and the response thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk shall **TRANSFER** this action to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

MARY KAY COSTELLO
United States District Judge